NOT FOR PUBLICATION

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

Diana RICHARDSON,

    Plaintiff,

v.

VIRGIN ISLANDS PORT AUTHORITY,

    Defendant.

Civ. No. 2009/136

ORDER

THOMPSON, U.S.D.J.

    In accordance with the Court's opinion filed on this same day,

    It is on this ___ day of January, 2013

    ORDERED that the Motion to Dismiss (Doc. No. 39) filed by the Virgin Islands Port Authority shall be and hereby is GRANTED; and it is further

    ORDERED that this action is DISMISSED with prejudice.

                                                  ANNE E. THOMPSON, U.S.D.J.