NOT FOR PUBLICATION

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| Diana RICHARDSON, | Civ. No. 2009/136 |
| Plaintiff, | ORDER |
| v. | |
| VIRGIN ISLANDS PORT AUTHORITY, | |
| Defendant. | |

THOMPSON, U.S.D.J.

In accordance with the Court's opinion filed on this same day,

It is on this _____ day of January, 2013

ORDERED that the Motion to Dismiss (Doc. No. 39) filed by the Virgin Islands Port Authority shall be and hereby is GRANTED; and it is further

ORDERED that this action is DISMISSED with prejudice.

ANNE E. THOMPSON, U.S.D.J.